# EXHIBIT "A"

| No. | Name | Residence | Car Type | VIN # | Incident Date | Incident City and State | US Dist Court * |
|---|---|---|---|---|---|---|---|
| **Death** | | | | | | | |
| 1 | Blood, Kim Individually, and as Representative of the Estate of Judith Estes | Hampden, ME | 2007 Saturn Ion | 1G8AJ55F37Z186242 | 10/28/11 | Bangore, ME | District of Maine |
| 2 | Daniels, Diane Individually, And as Representative of the Estate of Delano Price | Maple Lake, MN | 2004 Pontiac Grand Am | 1G2NF52E74M696563 | 7/23/13 | Maple Lake, MN | District of Minnesota |
| 3 | Daniels, Diane Individually, And as Representative of the Estate of Lois Price | Maple Lake, MN | 2004 Pontiac Grand Am | 1G2NF52E74M696563 | 7/23/13 | Maple Lake, MN | District of Minnesota |
| 4 | Foote, Benjamin Individually, and as Representative of the Estate of Jennifer Foote | Albany, NY | 2010 Chevy Cobalt | 1G1AB5F56A7135208 | 11/7/10 | Gainesville, NY | Western District of New York |
| 5 | Hilley, Gloria Individually, and as Representative of the Estate of Lonnie Hilley | Anniston, AL | 2006 Chevy HHR | 3GNDA13D56S615025 | 4/19/13 | Heflin, AL | Northern District of Alabama |
| 6 | Quesnell-Deese, Yvette Individually, and as Representative of the Estate of Duane Quesnell | Matthews, NC | 2009 Cadillac CTS | 1G6DU57V290167612 | 10/1/09 | Charlotte, NC | Western District of North Carolina |
| 7 | Thompson, Brenda Individually, and as Representative of the Estate of Elroy Thompson | Memphis, TN | 2008 Chevy HHR | 3GNDA23D48S591020 | 10/29/14 | Memphis, TN | Western District of Tennessee |
| 8 | Thompson, Tiffney Individually, and as Representative of the Estate of Martha Thompson | Troy, NC | 2003 Saturn Ion | 1G8AF52F63Z197316 | 1/11/14 | Troy, NC | Middle District of North Carolina |
| 9 | Warren, Isaac Individually, And as Representative of the Estate of Melissa Warren | Ellenwood, GA | 2005 Chevy Cobalt | 1G1AK52F257636844 | 8/22/08 | MD | District of Maryland |
| **Injury** | | | | | | | |
| 1 | Anzalone, Mark | Saint George, UT | 2008 Pontiac Solstice | 1G2MG35X58Y108216 | 3/6/13 | St. George, UT | District of Utah |
| 2 | Ashley, Lyasia | Minneapolis, MN | 2001 Chevy Monte Carlo | 2G1WW12E919210443 | 1/28/14 | St. Paul, MN | District of Minnesota |
| 3 | Baumann, Elizabeth | Chuluota, FL | 2007 Saturn Ion | 1G8AJ55F37Z176648 | 6/11/11 | Ft. Belvoir, VA | Eastern District of Virginia |
| 4 | Berman, Ross P.O.A. Hilda Berman | Chicago, IL | 2006 Saturn Ion | 1G8AJ55F76Z190762 | 8/4/14 | Summerlin, NV | District of Nevada |

*Named Plaintiffs state that but for the Order permitting direct filing into the Southern District of New York, they would have filed in the district courts listed in this column.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5 | Blackburn, Linda | Logan, OH | 2007 Chevy Cobalt | 1G1AK15077334315 | 9/2/14 | Anderson, IN | Southern District of Indiana |
| 6 | Blalock, Patricia | Camp Hill, AL | 2006 Chevy Cobalt | 1G1AK55F667826353 | 9/3/11 | Camp Hill, AL | Middle District of Alabama |
| 7 | Blennis, Jason | Holmes, NY | 2006 Chevy Cobalt | 1G1AP14PX67696128 | 9/30/13 | Davenport, FL | Middle District of Florida |
| 8 | Blood, Kim | Hampden, ME | 2007 Saturn Ion | 1G8AJ55F37Z186242 | 10/28/11 | Hermon, ME | District of Maine |
| 9 | Bradshaw, Donna | Brandywine, MD | 2012 Chevy Malibu | 1G1ZB5E07CF283465 | 7/31/12 | Brandywine, MD | District of Maryland |
| 10 | Bretzke, Tammy | Augusta, WV | 2008 Chevy Cobalt | 1G1AL58F587142972 | 8/3/12 | Augusta, WV | Northern District of West Virginia |
| 11 | Burton, Latina | Waukesha, WI | 2007 Chevy Cobalt | 1G1AL55F777118482 | 8/4/14 | Milwaukee, WI | Eastern District of Wisconsin |
| 12 | Burton, Latina Individually, and as Next Friend of Nia Glenn | Waukesha, WI | 2007 Chevy Cobalt | 1G1AL55F777118482 | 8/4/14 | Milwaukee, WI | Eastern District of Wisconsin |
| 13 | Busher, Katherine | California, KY | 2009 Chevy Cobalt | 1G1AT58H997230264 | 4/20/14 | Cold Spring, KY | Eastern District of Kentucky |
| 14 | Bustillos, Cheryl | Albuquerque, NM | 2008 Chevrolet Cobalt | 1G1AL18F087121293 | 6/6/13 | Albuquerque, NM | District of New Mexico |
| 15 | Cabral, Steven | Tucson, AZ | 2006 Saturn Ion | 1G8AJ55F46Z113248 | 3/8/14 | Tucson, AZ | District of Arizona |
| 16 | Carter, Mary | Saint Louis, MO | 2007 Chevy Cobalt | 1G1AL55F477107360 | 8/10/14 | St. Louis, MO | Eastern District of Missouri |
| 17 | Clark, Teresa | Augusta, WV | 2007 Chevy Cobalt | 1G1AK15F377185057 | 7/14/14 | Slanesville, WV | Northern District of West Virginia |
| 18 | Coleman, Doris | Milwaukee, WI | 2004 Chevy Malibu | 1G1ND52F14M595120 | 7/10/11 | Milwaukee, WI | Eastern District of Wisconsin |

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | Coward, Carl | Atlanta, GA | 2004 Cadillac SRX | | 11/1/13 | Atlanta, GA | Northern District of Georgia |
| 20 | Cox, Steven | Snellville, GA | 2008 Chevy Cobalt | 1G1AK58F587305896 | 9/6/14 | Snellville, GA | Northern District of Georgia |
| 21 | Cross, Delilah | Lafayette, TN | 2007 Pontiac Vibe | 5Y2SL65807Z405265 | 7/18/14 | Lafayette, TN | Middle District of Tennessee |
| 22 | Culley, Tanya | Cheektowaga, NY | 2009 Chevy Cobalt | 1G1AT58H897144086 | 10/11/13 | Cleveland, OH | Northern District of Ohio |
| 23 | Davenport, Cindy | Glade Spring, VA | 2009 Chevy HHR | 3GNCA53V69S641486 | 5/19/13 | Meadowview, VA | Western District of Virginia |
| 24 | Davenport, Cindy Individually, and as Next Friend of Jeffery Owens | Glade Spring, VA | 2009 Chevy HHR | 3GNCA53V69S641486 | 5/19/13 | Meadowview, VA | Western District of Virginia |
| 25 | Delk, Sherille | Mansfield, OH | 2003 Chevy Impala | 2G1WF52E039443122 | 5/27/13 | Detroit, MI | Eastern District of Michigan |
| 26 | Dennis, Sheila | Marengo, OH | 2008 Chevy Cobalt | 1G1AL18F187127782 | 3/2/14 | Edison, OH | Southern District of Ohio |
| 27 | Douglas, James | Shreveport, LA | 2005 Chevy Equinox | 2CNDL13FX56057931 | 8/5/14 | Shreveport, LA | Western District of Louisiana |
| 28 | Douglas, Kenneth | Shreveport, LA | 2005 Chevy Equinox | 2CNDL13FX56057931 | 8/1/14 | Shreveport, LA | Western District of Louisiana |
| 29 | Dover, Tammy | Bessemer City, NC | 2005 Chevy Cobalt | 1G1AK52F157647690 | 2/9/13 | Kings Mountain, NC | Western District of North Carolina |
| 30 | Durman, Gregory | Stansbury Park, UT | 2009 Chevy Cobalt | 1G1AK18H097163789 | 8/7/09 | TX | Northern District of Texas |
| 31 | Edmisten, Joshua | Winchester, OH | 2007 Chevy Cobalt | 1G1AM15B577188226 | 1/7/11 | Winchester, OH | Southern District of Ohio |
| 32 | Ellis, Cynthia | Middletown, CT | 2003 Saturn Ion | 1G8AJ52F63Z179011 | 9/3/11 | Rocky Hill, CT | District of Connecticut |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 33 | Ernest, Tony | Franklin, TN | 2007 Saturn Sky | 1G8MB35B77Y121847 | 7/10/11 | Leesburg, OH | Southern District of Ohio |
| 34 | Evans, Sean | McKee, KY | 2006 Chevy Cobalt | 1G1AL15F667618107 | 4/25/14 | London, KY | Eastern District of Kentucky |
| 35 | Ferris, Rebecca | Guilderland Center, NY | 2010 Chevy Cobalt | 1G1AB5F56A7135208 | 11/7/10 | Gainesville, NY | Western District of New York |
| 36 | Freeman, Rebecca | Chalmette, LA | 2006 Saturn Ion | 1G8AN15F96Z161437 | 2/10/14 | Vidalia, LA | Western District of Louisiana |
| 37 | Gonzalez, Marilyn | Fort Lauderdale, FL | 2006 Saturn Ion | 1G8AJ55F56Z119270 | 4/10/13 | Miami, FL | Southern District of Florida |
| 38 | Greene, Crystal | Edgewood, MD | 2007 Chevy Cobalt | 1G1AK15F177346019 | 8/15/08 | Edgewood, MD | District of Maryland |
| 39 | Grice, Patricia | Reisterstown, MD | 2005 Chevy Malibu | 1G1ZS52F15F115137 | 8/19/14 | Reisterstown, MD | District of Maryland |
| 40 | Gutierrez, Jose | Bridgeville, DE | 2007 Saturn Ion | 1G8AJ55F97Z173138 | 12/14/13 | Dover, DE | District of Delaware |
| 41 | Hale, Steven | Crystal Springs, MS | 2007 Chevy Cobalt | 1G1AZ55F177169233 | 1/14/10 | Crystal Springs, MS | Southern District of Mississippi |
| 42 | Harmon, Andrew | Milwaukee, WI | 2005 Saturn Ion | 1G8AJ52F35Z140654 | 9/30/13 | Milwaukee, WI | Eastern District of Wisconsin |
| 43 | Harrington, Jamaccia | Wilsonville, AL | 2007 Chevy Cobalt | 1G1AK55F277321539 | 1/8/13 | Dadeville, AL | Middle District of Alabama |
| 44 | Harris, Frankie | Forest, MS | 2010 Chevy Cobalt | 1G1AF5F56A7235765 | 4/21/13 | Memphis, TN | Western District of Tennessee |
| 45 | Hasselwander, Debra Individually, and as Next Friend of Robert Hasselwander | Bessemer City, NC | 2005 Chevy Cobalt | 1G1AK52F157647690 | 2/9/13 | Kings Mountain, NC | Western District of North Carolina |
| 46 | Henley, Linda | Binghamton, NY | 2009 Pontiac G5 | 1G2AS18H497272428 | 7/2/12 | Bainbridge, NY | Northern District of New York |

| # | Name | City | Vehicle | VIN | Date | Location | District |
|---|------|------|---------|-----|------|----------|----------|
| 47 | Henry, Audrey D. | McDonough, GA | 2010 Chevy Cobalt | 1G1AD5F59A7108854 | 8/14/14 | McDonough, GA | Northern District of Georgia |
| 48 | Henry, Audrey E. | McDonough, GA | 2010 Chevy Cobalt | 1G1AD5F59A7108854 | 8/14/14 | McDonough, GA | Northern District of Georgia |
| 49 | Hicks, Kai | Palmdale, CA | 2007 Cadillac CTS | 1G6DM57T070117660 | 9/20/10 | Lancaster, CA | Central District of California |
| 50 | Hicks, Robin | Palmdale, CA | 2007 Cadillac CTS | 1G6DM57T070117660 | 9/20/10 | Lancaster, CA | Central District of California |
| 51 | Hughes, Melody | Decatur, GA | 2004 Pontiac Grand Prix | | 3/30/09 | Toledo, OH | Northern District of Ohio |
| 52 | Isom, Brenda | Flint, MI | 2006 Saturn Ion | 1G8AJ55F86Z166695 | 10/13/12 | Mt. Morris Twp., MI | Eastern District of Michigan |
| 53 | Jarvis, Annabelle | Marion, NC | 2005 Chevy Cobalt | 1G1AK52F157504867 | 9/24/13 | Marion, NC | Western District of North Carolina |
| 54 | Jensen, Lori | Moorhead, MN | 2005 Pontiac Grand Am | 1G2NE52E55M251212 | 7/23/13 | Grandforks, ND | District of North Dakota |
| 55 | Johns, Annie | Kenna, WV | 2005 Chevy Cobalt | 1G1AK52F257518681 | 11/25/11 | Ripley, WV | Southern District of West Virginia |
| 56 | Joice, Gary | Owasso, OK | 2010 Chevy Cobalt | 1G1AD5F55A7242664 | 9/29/13 | Owasso, OK | Northern District of Oklahoma |
| 57 | Judy, Mary | Oklahoma City, OK | 2006 Chevy Cobalt | 1G1AL55F567869093 | 8/24/14 | Oklahoma City, OK | Western District of Oklahoma |
| 58 | Krumm, Dana | Tawas City, MI | 2006 Chevy Cobalt | 1G1AL55F467768448 | 6/26/14 | National City, MI | Eastern District of Michigan |
| 59 | Kurtz, Jeffrey | Bethlehem, PA | 2004 Chevy Impala | 2G1WF52E049235078 | 4/17/14 | Sciota, PA | Middle District of Pennsylvania |
| 60 | Laquatra, Cliff | Toledo, OH | 2005 Pontiac G6 | | 7/5/14 | Corbin, KY | Eastern District of Kentucky |

| 61 | Leonard, Heather | Mustang, OK | 2006 Chevy Cobalt | 1G1AL15F067653483 | 1/21/14 | Oklahoma City, OK | Western District of Oklahoma |
|---|---|---|---|---|---|---|---|
| 62 | Lightsey, Kessie | Stone Mountain, GA | 2011 Chevy HHR | 3GNBACFU6BS647765 | 7/19/14 | DeKalb County, GA | Northern District of Georgia |
| 63 | Lightsey, Kessie Individually, and as Next Friend of Tyson Lightsey | Stone Mountain, GA | 2011 Chevy HHR | 3GNBACFU6BS647765 | 7/19/14 | DeKalb County, GA | Northern District of Georgia |
| 64 | Lindsey, Heath | Norfork, AR | 2009 Pontiac Vibe | 5Y2SP67009Z462094 | 8/25/12 | Mountain Home, AR | Western District of Arkansas |
| 65 | Long, Denean | Montgomery, AL | 2007 Saturn Ion | 1G8AJ55F57Z139987 | 2/16/12 | Montgomery, AL | Western District of Texas |
| 66 | Martin, Ashley | New Orleans, LA | 2007 Pontiac G6 | | 8/1/14 | New Orleans, LA | Eastern District of Louisiana |
| 67 | Mathis, Anita Individually, and as Representative of the Estate of Michael Mathis | Milwaukee, WI | 2004 Saturn Ion | 1G8AJ52F14Z149478 | 10/13/12 | Milwaukee, WI | Eastern District of Wisconsin |
| 68 | McDonald, Daniel | Lake Isabella, CA | 2006 Chevy HHR | 3GNDA13D36S617372 | 4/21/11 | Limon, CO | District of Colorado |
| 69 | Meehan, James | Rome, GA | 2006 Chevy HHR | 3GNDA23P66S546295 | 12/3/13 | Fort Pierce, FL | Southern District of Florida |
| 70 | Miller, Carolyn | Metairie, LA | 2006 Chevy Cobalt | 1G1AK15F267685502 | 3/28/13 | Loganville, GA | Eastern District of Louisiana |
| 71 | Minton, Ricky | Hays, NC | 2009 Chevy Cobalt | 1G1AK18H397195426 | 5/31/12 | Ronda, NC | Western District of North Carolina |
| 72 | Mooney, Michelle | Edgewood, MD | 2009 Chevy Cobalt | 1G1AS58H997164866 | 2/14/13 | Baltimore, MD | District of Maryland |
| 73 | Moore, Lateisha | Little Rock, AR | 2007 Pontiac Solstice | 1G2MB35B97Y142158 | 9/16/12 | Little Rock, AR | Eastern District of Arkansas |
| 74 | Moore, Patricia A. | Topeka, KS | 2008 Chevy HHR | 3GNDA23D88S549742 | 5/7/10 | Shawnee, KS | District of Kansas |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 75 | Morgan, Theresa | Leonardtown, MD | 2006 Chevy Cobalt | 1G1AK15F867845561 | 9/2/12 | Valley Lee, MD | District of Maryland |
| 76 | Mulcare, Kimberly | Helena, MT | 2006 Chevy Cobalt | 1G1AL55F867751894 | 4/13/12 | Spokane, WA | Eastern District of Washington |
| 77 | Najfus, Cynthia | Denham Springs, LA | 2000 GMC Sierra | | 7/1/14 | Denham Springs, LA | Middle District of Louisiana |
| 78 | Newsome, Anthony | Ayden, NC | 2010 Chevy HHR | 3GNBAADB4AS569569 | 8/16/13 | Greenville, NC | Eastern District of North Carolina |
| 79 | Newsome, Deborah | Ayden, NC | 2010 Chevy HHR | 3GNBAADB4AS569569 | 8/16/13 | Greenville, NC | Eastern District of North Carolina |
| 80 | Pacely, Davaun | San Diego, CA | 2003 Saturn Ion | 1G8AG52F43Z139234 | 12/31/11 | San Diego, CA | Southern District of California |
| 81 | Perrier, Louise | New Orleans, LA | 1997 GMC Jimmy | 1GKCS13W7V253168 | 8/2/14 | New Orleans, LA | Eastern District of Louisiana |
| 82 | Philpot, Elizabeth | Cincinnati, OH | 2010 Chevy Cobalt | 1G1AD5F54A7194915 | 2/3/14 | Cincinnati, OH | Southern District of Ohio |
| 83 | Pierce, Sheila | Sumrall, MS | 2005 Pontiac Grand Prix | 2G2WP52245119369 | 6/9/14 | Sumrall, MS | Southern District of Mississippi |
| 84 | Pillot, Betty | New Braunfels, TX | 2009 Chevy Cobalt | igiat58h197284982 | 7/11/11 | Monterey, VA | Western District of Virginia |
| 85 | Readus, Calyon | Memphis, TN | 2007 Saturn Ion | 1G8AJ55F97Z201584 | 6/30/14 | Memphis, TN | Western District of Tennessee |
| 86 | Rhines, Jennifer | Hayti, MO | 2003 Oldsmobile Alero | | 7/8/12 | Hayti, MO | Eastern District of Missouri |
| 87 | Roberts, Fredrick | Opelousas, LA | 2006 Chevy Impala | 1G1ND52J03M688732 | 7/6/14 | Opelousas, LA | Western District of Louisiana |
| 88 | Rose, Clayton | Little Rock, AR | 2007 Pontiac Solstice | 1G2MB35B97Y142158 | 9/16/12 | Little Rock, AR | Eastern District of Arkansas |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 89 | Sanchez, Theresa | Redding, CA | 2004 Saturn Ion | 1G8AL52F44Z132409 | 2/17/14 | CA | Eastern District of California |
| 90 | Sanderson, Joshua | Rison, AR | 2008 Pontiac G5 | 1G2AL18F087348219 | 4/28/14 | Tulsa, OK | Northern District of Oklahoma |
| 91 | Scott, Erica | Cincinnati, OH | 2005 Chevy Impala | 2G1WF52E659894107 | 9/21/14 | Cincinnati, OH | Southern District of Ohio |
| 92 | Shaw, Benjamin | Fort Wayne, IN | 2010 Chevy Malibu | 1G1ZE5EB8AF138361 | 7/9/13 | Ft. Wayne, IN | Northern District of Indiana |
| 93 | Shobe, Adrienne | Indianapolis, IN | 2006 Chevy Cobalt | 1G1AK15F967742939 | 10/20/12 | Indianapolis, IN | Southern District of Indiana |
| 94 | Sims, Alfred | Corsicana, TX | 2006 Chevy HHR | 3GNDA23P56S534185 | 1/13/14 | Corsicana, TX | Northern District of Texas |
| 95 | Sinatra, Mark | West Palm Beach, FL | 2006 Pontiac Solstice | 1G2MB35BX6Y113668 | 4/1/11 | West Palm Beach, FL | Southern District of Florida |
| 96 | Skidmore, Karen | Stollings, WV | 2007 Chevy Cobalt | 1G1AK55F877377484 | 7/15/13 | Logan, WV | Southern District of West Virginia |
| 97 | Smith, Diedra | East St. Louis, IL | 2006 Chevy Monte Carlo | 2G1WX5K329228582 | 9/28/13 | Washington Park, IL | Southern District of Illinois |
| 98 | Smith, Trennia Individually, and as Next Friend of Precious Smith | Fort Worth, TX | 2007 Chevy Cobalt | 1G1AK15F377358222 | 3/1/14 | Fort Worth, TX | Northern District of Texas |
| 99 | Stevin, Shanda | Minneapolis, MN | 2006 Chevy Cobalt | 1G1AK15F667775669 | 6/1/13 | Porcupine, SD | District of South Dakota |
| 100 | Tanner, Charlene | Fayettville, NC | 2003 Pontiac Grand Am | 1G2WP52K43F160454 | 11/11/12 | Raleigh, NC | Eastern District of North Carolina |
| 101 | Thomas, Tiffany | Hot Springs, AR | 2003 Pontiac Grand Am | 1G2NW52E53M701497 | 3/4/15 | Hot Springs, AR | Western District of Arkansas |
| 102 | Thompson, Tracy | Scott, AR | 2007 Saturn Sky | 1G8MB35B07Y114089 | 12/31/13 | North Little Rock, AR | Eastern District of Arkansas |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 103 | Trice, Billy | Woodbury, GA | 2007 Chevy HHR | 3GNDA13D37S635050 | 1/31/12 | Atlanta, GA | Northern District of Georgia |
| 104 | Tyson, Antonio Jerome | Greenville, AL | 2007 Chevy Cobalt | 1G1AK55F877380269 | 6/7/15 | Greenville, AL | Middle District of Alabama |
| 105 | Tyson, Gwendolyn | Greenville, AL | 2007 Chevy Cobalt | 1G1AK55F877380269 | 6/7/15 | Greenville, AL | Middle District of Alabama |
| 106 | Walker III, Edward James | Baton Rouge, LA | 2007 Saturn Ion | 1G8AJ55F77Z161778 | 1/3/14 | MS | |
| 107 | Warning, Shawn | Brimfield, IL | 2005 Chevy Cobalt | 1G1AL52F557543569 | 11/13/10 | Kickapoo, IL | Central District of Illinois |
| 108 | Waverek, Lindsey | Clayton, WI | 2008 Chevy HHR | 3GNDA13D78S596027 | 3/10/14 | Range, WI | Western District of Wisconsin |
| 109 | Westfall, Wayde | Hurricane, WV | 2008 GMC Acadia | 1GKEV23788J20839 | 8/1/13 | Hurricane, WV | Southern District of West Virginia |
| 110 | White, Matthew | Chesapeake, VA | 2005 Chevy Cobalt | 1G1AL14F157629404 | 12/13/09 | Chesapeake, VA | Eastern District of Virginia |
| 111 | Williams, Debra | Lena, MS | 2006 Chevy Cobalt | 1G1AK55F867621083 | 8/17/11 | Lena, MS | Southern District of Mississippi |
| 112 | Williams, India | Walterboro, SC | 2006 Chevy Cobalt | 1G1AL55F967722386 | 8/10/11 | Walterboro, SC | District of South Carolina |
| 113 | Williams, Joyce | Phoenix, AZ | 2005 Chevy Malibu | | 6/21/13 | Phoenix, AZ | District of Arizona |
| 114 | Williams, Katherine | Lena, MS | 2006 Chevy Cobalt | 1G1AK55F867621083 | 8/17/11 | Lena, MS | Southern District of Mississippi |
| 115 | Williams, Leon IV | McDonough, GA | 2010 Chevy Cobalt | 1G1AD5F59A7108854 | 8/14/14 | McDonough, GA | Northern District of Georgia |
| 116 | Williams, Rendell | Metairie, LA | 2006 Chevy Cobalt | 1G1AK15F267685502 | 7/31/13 | Flanagan, IL | Central District of Illinois |

| 117 | Wilson, Keith | Oakland, CA | 1996 Buick Century | 1G4AG85M4564?3370 | 7/24/13 | Oakland, CA | Northern District of California |
| 118 | Winston, Sean | Tulsa, OK | 2007 Saturn Ion | 1G8AJ55F97Z148207 | 1/31/11 | Oklahoma City, OK | Western District of Oklahoma |
| 119 | Wolfe, Shetara | Poca, WV | 2010 Chevy Cobalt | 1G1AB5F5XA7151914 | 3/18/13 | Poca, WV | Southern District of West Virginia |
| 120 | Woody, Quinn | Boise, ID | 2006 Chevy Cobalt | 1G1AK15F867807781 | 5/20/14 | Boise, ID | District of Idaho |