# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>**GENERAL MOTORS LLC**<br>**IGNITION SWITCH LITIGATION**<br><br>*This Document Relates Only To Certain Plaintiffs in:*<br>*Abney, et al. v. General Motors, LLC;* No. 1:14-cv-05810*;*<br>*Altebaumer, et al. v. General Motors, LLC;* No. 1:15-cv-04142;<br>*Blood, et al. v. General Motors, LLC*; No. 1:15-cv-06578;<br>*Fleck, et al. v. General Motors, LLC;* No. 1:14-cv-08176*;* | **No. 14-MD-2543 (JMF)**<br>**No. 14-MC-2543 (JMF)**<br><br>**Hon. Jesse M. Furman** |

## NOTICE OF FILING CURRENT SERVICE ADDRESS FOR AFFECTED PLAINTIFFS

Pursuant to Order No. 149 (Dkt. 5394), dated April 17, 2018, undersigned counsel files the instant Notice of Filing Current Service Address for Affected Plaintiffs. Attached as Exhibit A to this Notice is the last known mailing address and last known e-mail address, where available, for each Affected Plaintiff subject to Order No. 149 and previously represented by Hilliard Martinez Gonzales, L.L.P. and Thomas J. Henry Injury Attorneys (Plaintiffs Ruby Bailey, Beatrice Crosier, Carrie Harris, Pam Johnson, Otis Dunn, Rose Dunn, Emanuel Farrell, James Fleming, Shadina Richardson, Joe Vance, Rosetta Vance, Carl Coward, and Robert Boylan). The Firms have not been advised by any Affected Plaintiff of any current representation by other counsel.

Dated:  April 23, 2018        Respectfully submitted,

                                       /s/ *Robert C. Hilliard*
                                       HILLIARD MARTINEZ GONZALES LLP
                                       Robert C. Hilliard
                                       bobh@hmglawfirm.com

719 S. Shoreline Boulevard
Corpus Christi, TX 78401
Telephone No.: (361) 882-1612
Facsimile No.:  (361) 882-3015

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2018, I electronically filed the foregoing using the CM/ECF system which will serve notification of such filing to the email of all counsel of record in this action.

By: /s/ *Robert C. Hilliard*
Robert C. Hilliard