# EXHIBIT A

**LAST KNOWN ADDRESSES FOR ORDER NO. 149 Affected Plaintiffs**

| Name | Salut. | First Name | Last Name | Case No. | Mailing Street | Mailing City | Mailing State/ Province | Mailing Zip/Postal Code | Email |
|---|---|---|---|---|---|---|---|---|---|
| Bailey, Ruby | Ms. | Ruby | Bailey | Abney, et al. v. General Motors, LLC; 1:14-cv-05810 | 824 N. California St. | Indianapolis | IN | 46202 | |
| Boylan, Robert | Mr. | Robert | Boylan | Fleck, et al. v. General Motors, LLC; 1:14-cv-08176 | 522 Fairways Dr. | Titusville | FL | 32780 | camperdad@cfl.rr.com |
| Coward, Carl | Mr. | Carl | Coward | Blood, et al. v. General Motors, LLC; 1:15-cv-06578 | 1894 Selwyn Dr. | Decatur | GA | 30035 | carlgray23@gmail.com |
| Crosier, Beatrice | Ms. | Beatrice | Crosier | Abney, et al. v. General Motors, LLC; 1:14-cv-05810 | 61 Euclid Ave | Pittsfield | MA | 01201 | |
| Dunn, Otis | Mr. | Otis | Dunn | Altebaumer, et al. v. General Motors, LLC; 1:15-cv-04142 | 200 N. Almar St. | Malden | MO | 63863 | |
| Dunn, Rose | Ms. | Rose | Dunn | Altebaumer, et al. v. General Motors, LLC; 1:15-cv-04142 | 200 N Almar St. | Malden | MO | 63863 | |
| Farrell, Emanuel | Mr. | Emanuel | Farrell | Altebaumer, et al. v. General Motors, LLC; 1:15-cv-04142 | 1718 Pine Acres Blvd. | Bay Shore | NY | 11706 | |
| Fleming, James | Mr. | James | Fleming | Altebaumer, et al. v. General Motors, LLC; 1:15-cv-04142 | 31 Forest Ave. | Tewksbury | MA | 01876 | jfleming7932@yahoo.com |

| Harris, Carrie | Ms. | Carrie | Harris | Abney, et al. v. General Motors, LLC; 1:14-cv-05810 | 2501 Fairfax Road Apt. 2H | Greensboro | NC | 27407 | ccb0250@aol.com |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Herrmann, Kristen | Ms. | Kristen | Herrmann | Altebaumer, et al. v. General Motors, LLC; 1:15-cv-04142 | 126 Andresen Ct. | Hazel Park | MI | 48030 | |
| Johnson, Pam | Ms. | Pam | Johnson | Abney, et al. v. General Motors, LLC; 1:14-cv-05810 | 4467 Breezy Meadow Dr. | Herriman | UT | 84096 | johnsonappraisalsvs2@yahoo.com |
| Richardson, Shadina | Ms. | Shadina | Richardson | Altebaumer, et al. v. General Motors, LLC; 1:15-cv-04142 | 1645 N Gardiner Dr. | Bay Shore | NY | 11706 | shadinarichardson@aim.com |
| Vance, Joe | Mr. | Joe | Vance | Altebaumer ,et al. v. General Motors, LLC; 1:15-cv-04142 | 3401 Grassfort Dr. | Huntsville | Alabama | 35805 | |
| Vance, Rosetta | Ms. | Rosetta | Vance | Altebaumer, et al. v. General Motors, LLC; 1:15-cv-04142 | 3401 Grassfort Dr. | Huntsville | Alabama | 35805 | |