```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
```

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION

*This Document Relates To:*
*Abney et al v. General Motors, LLC, 14-CV-5810;*
*Abram, et al., v. General Motors LLC, 16-CV-0924;*
*Adesanya, et al., v. General Motors LLC, 16-CV-0925;*
*Alexander, et al., v. General Motors LLC, 16-CV-9518;*
*Altebaumer et al v. General Motors, LLC, 15-CV-4142;*
*Athey v. General Motors LLC, 16-CV-3105;*
*Atz, et al., v. General Motors LLC, 15-CV-5222;*
*Bagwell, et al., v. General Motors LLC, 15-CV-7412;*
*Barros v. General Motors LLC, et al., 15-CV-1794;*
*Bermudez, et al., v. General Motors LLC, 15-CV-2644;*
*Bersano, et al., v. General Motors LLC, 15-CV-0550;*
*Blood v. General Motors, LLC, 15-CV-6578;*
*Bradford v. General Motors LLC, 15-CV-4088;*
*Brandjes et al v. General Motors, LLC, 17-CV-6858;*
*Brooks v. General Motors LLC, 16-CV-2335;*
*Brown v. General Motors LLC, 16-CV-5947;*
*Brown, et al. v. General Motors LLC, 16-CV-7420;*
*Buckley, et al., v. General Motors LLC, 16-CV-3768;*
*Carroll, et al., v. General Motors LLC, 15-CV-8324;*
*Castillo, et al., v. General Motors LLC, 17-CV-0482;*
*Danley, et al., v. General Motors LLC, 15-CV-4647;*
*Dillabough, et al., v. General Motors LLC, 16-CV-1944;*
*Doup, et al., v. General Motors LLC, 15-CV-3592;*
*Doyle, et al., v. General Motors LLC, 16-CV-1173;*
*Dunlap, et al., v. General Motors LLC, 17-CV-1050;*
*Fleck, et al. v. General Motors, LLC, 14-CV-8176;*
*Hearn, et al., v. General Motors LLC, 16-CV-2047;*
*Kats, et al., v. General Motors LLC, 16-CV-5491;*
*Maresca, et al., v. General Motors LLC, 15-CV-3702;*
*Mistrot, et al., v. General Motors LLC, 16-CV-2919;*
*Mudgett, et al., v. General Motors LLC, 16-CV-9222;*
*Patterson v. General Motors LLC, 15-CV-2089;*
*Pittman v. General Motors LLC, 15-CV-3330;*
*Scovil, et al., v. General Motors LLC, 16-CV-5251;*
*Smith, et al., v. General Motors LLC, 16-CV-8683;*
*Soehl, et al., v. General Motors LLC, 16-CV-7258;*
*Staton, et al., v. General Motors LLC, 16-CV-2315;*

14-MD-2543 (JMF)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/18/2018

*Stewart, et al. v. General Motors LLC*, 17-CV-2610;
*Vega, et al., v. General Motors LLC*, 16-CV-10041;
*Williams v. General Motors LLC*, 16-CV-0394;
*Wilson v. General Motors LLC*, 16-CV-1345;
*Wren v. General Motors LLC*, 15-CV-0761;
*Zapata, et al. v. General Motors LLC*, 17-CV-2686

------------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

On April 17, 2018, the Court granted the motions to withdraw of Hilliard Martinez Gonzales, Thomas J. Henry Injury Attorneys, Bailey Peavy Bailey Cowan Heckaman, PLLC, The Potts Law Firm, LLP, The Carlson Law Firm, P.C., Weller, Green, Toups & Terrell, LLP, Law Offices of Gregory K. Evans, PLLC, David Bryant Law, PLLC, The Dugan Law Firm, APLC, Flood Law Group, LLP, Amaro Law Firm, Brent Coon & Associates, Nastlaw, LLC, and Viles & Beckman, LLC (collectively, the "Firms") from representing 164 plaintiffs (the "Affected Plaintiffs") and severed the claims of each of the Affected Plaintiffs from the complaints filed by the Firms. (*See* Docket No. 5394 ("Order No. 149")). Order No. 149 provided each of the Affected Plaintiffs ninety (90) days — that is, until July 16, 2018 — to file a new lawsuit in this Court and to pay any filing fee associated with filing a complaint pursuant to 28 U.S.C. § 1914(a). (Order No. 149 ¶ 3). Each of the Affected Plaintiffs was directed to file a Related Case Statement identifying the lawsuit as relating to these proceedings. (*Id.*) To date, none of the Affected Plaintiffs has filed a new lawsuit, paid the filing fee, or otherwise complied with Order No. 149.

In light of the Affected Plaintiffs' failure to file amended and severed complaints by the deadline set in Order No. 149, the claims of those Plaintiffs — who are listed on Exhibit A of this Order — are hereby DISMISSED *without* prejudice. Per Paragraph 6 of Order No. 149, should any affected Plaintiff file an amended and severed complaint, a Related Case Statement,

2

and a filing fee **within the next thirty days**, his or her dismissal will be vacated. If an Affected Plaintiff does *not* submit the requisite filings within the next thirty days, New GM may move to dismiss his or her claims with prejudice. (*See* Order No. 149 ¶ 6). New GM is reminded that within thirty days of the entry of any Order dismissing the claims of Affected Plaintiffs *with* prejudice, New GM should advise the Court of its views with respect to the proposed next steps for non-dismissed Affected Plaintiffs, if any, and that New GM should first endeavor to meet and confer in good faith with such non-dismissed Affected Plaintiffs.

In light of the process set forth in Order No. 149 and above, the Clerk of Court should *not* terminate any of the Affected Plaintiffs at this time. The Court will direct the Clerk of Court to do so if or when the claims of a Plaintiff are dismissed with prejudice.

In accordance with Order No. 149, New GM shall serve a copy of this Order on all Plaintiffs listed on Exhibit A and file proof of such service.

SO ORDERED.

Dated: July 18, 2018
New York, New York

JESSE M. FURMAN
United States District Judge

# Exhibit A

**Exhibit A**

| Name | Case Caption |
|---|---|
| Bailey, Ruby | Abney et al v. General Motors, LLC; 1:14-cv-05810 |
| Crosier, Beatrice | Abney et al v. General Motors, LLC; 1:14-cv-05810 |
| Harris, Carrie | Abney et al v. General Motors, LLC; 1:14-cv-05810 |
| Johnson, Pam | Abney et al v. General Motors, LLC; 1:14-cv-05810 |
| Flores, Louie Carlos | Abram, et al., v. General Motors LLC; 1:16-cv-00924 |
| King, Barbara | Abram, et al., v. General Motors LLC; 1:16-cv-00924 |
| Palafox, Erminio | Abram, et al., v. General Motors LLC; 1:16-cv-00924 |
| Rodriguez, Ruben | Abram, et al., v. General Motors LLC; 1:16-cv-00924 |
| Simmons-Roberts, Geraldine | Abram, et al., v. General Motors LLC; 1:16-cv-00924 |
| Sink, Holly | Abram, et al., v. General Motors LLC; 1:16-cv-00924 |
| Sionne, Joseph | Abram, et al., v. General Motors LLC; 1:16-cv-00924 |
| West, Christine | Abram, et al., v. General Motors LLC; 1:16-cv-00924 |
| Bailey, Ladonna (OBO Nolan, Kirkline) | Adesanya, et al., v. General Motors LLC; 1:16-cv-00925 |
| Savoy, Alesha | Adesanya, et al., v. General Motors LLC; 1:16-cv-00925 |
| Bradley, Linda | Alexander, et al., v. General Motors LLC; 1:16-cv-09518 |
| Brooks, Erica | Alexander, et al., v. General Motors LLC; 1:16-cv-09518 |
| Bull Calf, Merivone | Alexander, et al., v. General Motors LLC; 1:16-cv-09518 |
| Parfait, Kevin | Alexander, et al., v. General Motors LLC; 1:16-cv-09518 |
| Robinson, Yvonne | Alexander, et al., v. General Motors LLC; 1:16-cv-09518 |
| Watts, Kori | Alexander, et al., v. General Motors LLC; 1:16-cv-09518 |
| Dunn, Otis | Altebaumer et al v. General Motors, LLC; 1:15-cv-04142 |
| Dunn, Rose | Altebaumer et al v. General Motors, LLC; 1:15-cv-04142 |
| Farrell, Emanuel | Altebaumer et al v. General Motors, LLC; 1:15-cv-04142 |
| Fleming, James | Altebaumer et al v. General Motors, LLC; 1:15-cv-04142 |
| Herrmann, Kristen | Altebaumer et al v. General Motors, LLC; 1:15-cv-04142 |
| Richardson, Shadina | Altebaumer et al v. General Motors, LLC; 1:15-cv-04142 |

**Exhibit A**

| Name | Case Caption |
| --- | --- |
| Vance, Joe | Altebaumer et al v. General Motors, LLC; 1:15-cv-04142 |
| Vance, Rosetta | Altebaumer et al v. General Motors, LLC; 1:15-cv-04142 |
| Daugherty, Catherine | Athey v. General Motors LLC; 1:16-cv-03105 |
| Moore, Cynthia | Athey v. General Motors LLC; 1:16-cv-03105 |
| Moore, Edward | Athey v. General Motors LLC; 1:16-cv-03105 |
| Padia, Sheena | Athey v. General Motors LLC; 1:16-cv-03105 |
| Hubbard, Andy | Atz, et al., v. General Motors LLC; 1:15-cv-05222 |
| Nelson, Javanna | Atz, et al., v. General Motors LLC; 1:15-cv-05222 |
| Spradlin, Steven | Atz, et al., v. General Motors LLC; 1:15-cv-05222 |
| Triplett, Lorena | Atz, et al., v. General Motors LLC; 1:15-cv-05222 |
| Gomez, Stella | Bagwell, et al., v. General Motors LLC; 1:15-cv-07412 |
| Harrison, Stacy | Bagwell, et al., v. General Motors LLC; 1:15-cv-07412 |
| Santiago, Raymond (Barros, Virgenmina OBO) | Barros v. General Motors LLC, et al.; 1:15-cv-01794 |
| Blackwell, Mark | Bermudez, et al., v. General Motors LLC; 1:15-cv-02644 |
| Hardesty, Shirlene | Bermudez, et al., v. General Motors LLC; 1:15-cv-02644 |
| Neils, Larissa | Bermudez, et al., v. General Motors LLC; 1:15-cv-02644 |
| Brown, Brittnie (OBO Smith, Malachi) | Bersano, et al., v. General Motors LLC; 1:15-cv-00550 |
| Courtney, Kristynne, (IARE Cline, Wanda and Miller, Katrina) | Bersano, et al., v. General Motors LLC; 1:15-cv-00550 |
| Coleman, Ashley, (IARE Ledbetter, Shaquel - Deceased) | Bersano, et al., v. General Motors LLC; 1:15-cv-00550 |
| Nolton, Vicki (IARE Davis, Ronnell) | Bersano, et al., v. General Motors LLC; 1:15-cv-00550 |
| Pusher, Santana | Bersano, et al., v. General Motors LLC; 1:15-cv-00550 |
| Smith, Christopher | Bersano, et al., v. General Motors LLC; 1:15-cv-00550 |
| Smith, Michael | Bersano, et al., v. General Motors LLC; 1:15-cv-00550 |
| Coward, Carl | Blood v. General Motors, LLC; 1:15-cv-06578 |

**Exhibit A**

| Name | Case Caption |
|---|---|
| Clay, Nicole | Bradford v. General Motors LLC; 1:15-cv-4088 |
| Claywell, Joseph | Bradford v. General Motors LLC; 1:15-cv-4088 |
| Johnson, Cory | Bradford v. General Motors LLC; 1:15-cv-4088 |
| Brooks, Elizabeth | Brooks v. General Motors LLC; 1:16-cv-02335 |
| Hayward, Danny | Brown v. General Motors LLC; 1:16-cv-05947 |
| Pittman, Amy | Brown v. General Motors LLC; 1:16-cv-05947 |
| Rice, Willie | Brown v. General Motors LLC; 1:16-cv-05947 |
| Roberson, Shaniquia | Brown, et al. v. General Motors LLC; 1:16-cv-07420 |
| Brulotte Jr., Normand | Buckley, et al., v. General Motors LLC; 1:16-cv-03768 |
| Buckley-Jackson, Dawn | Buckley, et al., v. General Motors LLC; 1:16-cv-03768 |
| Guyton, Regina | Buckley, et al., v. General Motors LLC; 1:16-cv-03768 |
| Hamilton, Lionel | Buckley, et al., v. General Motors LLC; 1:16-cv-03768 |
| Lesiak, Kathleen | Buckley, et al., v. General Motors LLC; 1:16-cv-03768 |
| Moesta, Richard | Buckley, et al., v. General Motors LLC; 1:16-cv-03768 |
| Mondy, Shamaya | Buckley, et al., v. General Motors LLC; 1:16-cv-03768 |
| Perkins, Holly | Buckley, et al., v. General Motors LLC; 1:16-cv-03768 |
| Rebon, Laurie | Buckley, et al., v. General Motors LLC; 1:16-cv-03768 |
| Roland, Michael | Buckley, et al., v. General Motors LLC; 1:16-cv-03768 |
| Soto, Angel | Buckley, et al., v. General Motors LLC; 1:16-cv-03768 |
| Soto, Peggy | Buckley, et al., v. General Motors LLC; 1:16-cv-03768 |
| Edmonds, Lillian | Carroll, et al., v. General Motors LLC; 1:15-cv-08324 |
| Camarillo, Jorge | Castillo, et al., v. General Motors LLC; 1:17-cv-00482 |
| McGinnis, Greg | Castillo, et al., v. General Motors LLC; 1:17-cv-00482 |
| Muniz, David | Castillo, et al., v. General Motors LLC; 1:17-cv-00482 |
| Pierce, Olisha | Castillo, et al., v. General Motors LLC; 1:17-cv-00482 |
| Pierce, Patrick | Castillo, et al., v. General Motors LLC; 1:17-cv-00482 |
| Schmick, Franklin | Castillo, et al., v. General Motors LLC; 1:17-cv-00482 |

**Exhibit A**

| Name | Case Caption |
|---|---|
| Vasquez, Jr., Victor | Castillo, et al., v. General Motors LLC;  1:17-cv-00482 |
| Danley, Emma | Danley, et al., v. General Motors LLC; 1:15-cv-04647 |
| Adams, Ilesha | Dillabough, et al., v. General Motors LLC; 16-cv-01944 |
| Bryant, Tamikiara | Dillabough, et al., v. General Motors LLC; 16-cv-01944 |
| Hull, Robert | Dillabough, et al., v. General Motors LLC; 16-cv-01944 |
| Luna, Mary | Dillabough, et al., v. General Motors LLC; 16-cv-01944 |
| Ostrander, Edward | Dillabough, et al., v. General Motors LLC; 16-cv-01944 |
| Smoak, Annie | Dillabough, et al., v. General Motors LLC; 16-cv-01944 |
| Gardner, Perry | Doup, et al., v. General Motors LLC;  1:15-cv-03592 |
| Parks, Mary | Doup, et al., v. General Motors LLC;  1:15-cv-03592 |
| Ramos, Salvatore (IARE Ramos, Salvatore D.) | Doup, et al., v. General Motors LLC;  1:15-cv-03592 |
| Doyle, Joseph | Doyle, et al., v. General Motors LLC; 1:16-cv-01173 |
| Gregory, Albert | Doyle, et al., v. General Motors LLC; 1:16-cv-01173 |
| Cole, Bryce | Dunlap, et al., v. General Motors LLC; 1:17-cv-01050 |
| McCovery, Laura | Dunlap, et al., v. General Motors LLC; 1:17-cv-01050 |
| Saxon, Peter | Dunlap, et al., v. General Motors LLC; 1:17-cv-01050 |
| Boylan, Robert | Fleck, et al. v. General Motors, LLC; 1:14-cv-08176 |
| Alfred, Andy | Hearn, et al., v. General Motors LLC;  1:16-cv-02047 |
| Woods, Shardae | Hearn, et al., v. General Motors LLC;  1:16-cv-02047 |
| Zuppardo, Sabrina | Hearn, et al., v. General Motors LLC;  1:16-cv-02047 |
| Brown, Cheryl | Kats, et al., v. General Motors LLC; 1:16-cv-05491 |
| Castellon, Colleen | Kats, et al., v. General Motors LLC; 1:16-cv-05491 |
| Castellon, Mary | Kats, et al., v. General Motors LLC; 1:16-cv-05491 |
| Couvson, John | Kats, et al., v. General Motors LLC; 1:16-cv-05491 |
| Danielowicz, Amy | Kats, et al., v. General Motors LLC; 1:16-cv-05491 |
| Diggs, Lucinda | Kats, et al., v. General Motors LLC; 1:16-cv-05491 |
| Kolioulis, Maria | Kats, et al., v. General Motors LLC; 1:16-cv-05491 |

**Exhibit A**

| Name | Case Caption |
|---|---|
| Lang, Craig | Kats, et al., v. General Motors LLC; 1:16-cv-05491 |
| Peterson, Carla | Kats, et al., v. General Motors LLC; 1:16-cv-05491 |
| Suggs, Jeff | Kats, et al., v. General Motors LLC; 1:16-cv-05491 |
| Yadron, Raymond | Kats, et al., v. General Motors LLC; 1:16-cv-05491 |
| Borden, Tyler | Maresca, et al., v. General Motors LLC; 1:15-cv-03702 |
| Botich, Penny | Maresca, et al., v. General Motors LLC; 1:15-cv-03702 |
| Brewer, Frankie | Maresca, et al., v. General Motors LLC; 1:15-cv-03702 |
| Jarboe, Terrance | Maresca, et al., v. General Motors LLC; 1:15-cv-03702 |
| Jarboe, Terrance (IARE Jarboe, Mary) | Maresca, et al., v. General Motors LLC; 1:15-cv-03702 |
| Jarboe, Terrance (IARE Jarboe, Paul) | Maresca, et al., v. General Motors LLC; 1:15-cv-03702 |
| Kaiser, Nathan | Maresca, et al., v. General Motors LLC; 1:15-cv-03702 |
| Kosley, Debbie | Maresca, et al., v. General Motors LLC; 1:15-cv-03702 |
| Lesiak, Kathleen | Maresca, et al., v. General Motors LLC; 1:15-cv-03702 |
| Maniel, Eddie | Maresca, et al., v. General Motors LLC; 1:15-cv-03702 |
| Maresca, Arthur | Maresca, et al., v. General Motors LLC; 1:15-cv-03702 |
| Maresca, Linda (IARE Maresca, Arthur) | Maresca, et al., v. General Motors LLC; 1:15-cv-03702 |
| Norris, Blair | Maresca, et al., v. General Motors LLC; 1:15-cv-03702 |
| Petre, James | Maresca, et al., v. General Motors LLC; 1:15-cv-03702 |
| Ross, Nona | Maresca, et al., v. General Motors LLC; 1:15-cv-03702 |
| Rue-Fletcher, Brittany | Maresca, et al., v. General Motors LLC; 1:15-cv-03702 |
| Thomas, Shelvaray (IANF K.R.) | Maresca, et al., v. General Motors LLC; 1:15-cv-03702 |
| Thomas, Shirley | Maresca, et al., v. General Motors LLC; 1:15-cv-03702 |
| Turpin, Curtiss | Maresca, et al., v. General Motors LLC; 1:15-cv-03702 |
| Williams, James | Maresca, et al., v. General Motors LLC; 1:15-cv-03702 |
| Farley, Mary (IARE Farley, Joseph) | Mistrot, et al., v. General Motors LLC; 1:16-cv-02919 |

**Exhibit A**

| Name | Case Caption |
|---|---|
| Godsey, Tonya | Mistrot, et al., v. General Motors LLC; 1:16-cv-02919 |
| Hill, Kathryn | Mistrot, et al., v. General Motors LLC; 1:16-cv-02919 |
| Klabbatz, Jeffrey | Mistrot, et al., v. General Motors LLC; 1:16-cv-02919 |
| Merson, Jennifer Merson (OBO Willis, William) | Mistrot, et al., v. General Motors LLC; 1:16-cv-02919 |
| ONeal, Telisa (IARE Latoya) | Mistrot, et al., v. General Motors LLC; 1:16-cv-02919 |
| Smith, Jasmine | Mistrot, et al., v. General Motors LLC; 1:16-cv-02919 |
| Stevens, Kelsey | Mistrot, et al., v. General Motors LLC; 1:16-cv-02919 |
| Knight, Christopher | Mistrot, et al., v. GM LLC; 1:16-cv-02919; Jackson, et al., v. GM LLC; No. 1622-CC00280 (St. Louis) |
| Crowder, Doris | Mudgett, et al., v. General Motors LLC; 1:16-cv-09222 |
| Simons, Frank | Mudgett, et al., v. General Motors LLC; 1:16-cv-09222 |
| Jones, Anthony | Patterson v. General Motors LLC; 1:15-cv-2089 |
| Pittman, Jasmine | Pittman v. General Motors LLC; 1:15-cv-03330 |
| Borba, Susan | Scovil, et al., v. General Motors LLC; 14-MD-2543 |
| Celio, Nancy | Scovil, et al., v. General Motors LLC; 14-MD-2543 |
| Celio, Stephanie | Scovil, et al., v. General Motors LLC; 14-MD-2543 |
| Lacy, Michelle | Scovil, et al., v. General Motors LLC; 14-MD-2543 |
| Scritchfield, Rachel | Scovil, et al., v. General Motors LLC; 14-MD-2543 |
| Simms, Elijah | Scovil, et al., v. General Motors LLC; 14-MD-2543 |
| Benningfield, Rebecca | Smith, et al., v. General Motors LLC; 1:16-cv-08683 |
| Counts, Bobby Joe | Smith, et al., v. General Motors LLC; 1:16-cv-08683 |
| Little, Tina | Smith, et al., v. General Motors LLC; 1:16-cv-08683 |
| Matheney, Travis | Smith, et al., v. General Motors LLC; 1:16-cv-08683 |
| Carroll, Michael | Soehl, et al., v. General Motors LLC; 1:16-cv-7258 |
| Karr, Mica | Staton, et al., v. General Motors LLC; 1:16-cv-02315 |
| Stewart, Mittie | Stewart, et al. v. General Motors LLC; 1:17-cv-02610 |

**Exhibit A**

| Name | Case Caption |
|---|---|
| Olivier, Samantha | Vega, et al., v. General Motors LLC; 1:16-cv-10041 |
| Olivier, Guadalupe | Vega, et al., v. General Motors LLC; 1:16-cv-10041 |
| Williams, Jamie | Williams v. General Motors LLC; 1:16-cv-00394 |
| Wilson, Montely | Wilson v. General Motors LLC; 1:16-cv-01345 |
| Wren, John | Wren v. General Motors LLC; 1:15-cv-00761 |
| Morris, Billie | Zapata, et al. v. General Motors LLC; 1:17-cv-02686 |